FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Delatorre, Daniel James DEFENDANT(S). | CASE NUMBER SA09-36 M |
|---|---|
| | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of __def__, IT IS ORDERED that a detention hearing is set for __Wednesday, 2/4/09__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __2/2/09__

_____
U.S. District Judge/Magistrate Judge
ROBERT N. BLOCK

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                                     Page 1 of 1