1

2
ERROL L. COOK, Esq.
3   Cal. State Bar No. 209746
LAW OFFICES OF ERROL COOK
4   5757 W. Century Blvd., Suite 700
Los Angeles, CA 90045
5   Telephone: (562) 209-1114
Facsimile: (562) 684-4602
6   errolcooklaw@yahoo.com

7

8

9   Attorney for Defendant

10   DANIEL DE LA TORRE

11

12

13

14 ..                    UNITED STATES DISTRICT COURT

15                      CENTRAL DISTRICT OF CALIFORNIA

16

17   UNITED STATES OF AMERICA,  )   CASE NO. CR 09-00041-DOC
18                             )
19          Plaintiff,         )   DEFENDANT'S SENTENCING
                               )   MEMORANDUM
20                             )
             v.                )
21                             )   Date: November 16, 2009
     DANIEL DE LA TORRE        )   Time: 1:30 p.m.
22                             )   Place: Courtroom 9D
                               )   Judge: David O. Carter
23   _____  )
24

25

26   Defendant, Daniel De La Torre, by and through his attorney of record, Errol L. Cook, respectfully

27   files his Sentencing Memorandum.  This sentencing memorandum is based on the memorandum of

1

1

2    points and authorities included herewith, all files and records of this case and any oral argument

3    that may be presented at the sentencing hearing.

4

5

6    Dated: October 30, 2009

7

8

9                                                    Respectfully Submitted,

10                                                   *Errol Cook*

11                                                   _____

12                                                   ERROL L. COOK, ESQ
                                                     Attorney for Defendant
13                                                   DANIEL DE LA TORRE

14    ..

15

16

17

18

19

20

21

22

23

24

25

26

27

1

2                        MEMORANDUM OF POINTS AND AUTHORITIES
                                             I.
3                                      INTRODUCTION

4
      Daniel De La Torre pleaded guilty to the First Superseding Information that charged him in count
5
6   one with violating 18 U.S.C. Sec. 2113(a), in counts two, three and four with violating 18 U.S.C.

7   Sec. 2113(a),(d), and in count five with violating 18 U.S.C. Sec. 924(c)(1)(A)(i) and is now before

8   the court for sentencing. Before the court arrives at its sentence, it should consider the

9
    circumstances in Mr. De La Torre's life that have placed him in should a regretful condition.
10
11        Mr. De La Torre is the youngest of five brothers and sisters was a stellar student in high

12   school and with no criminal history prior to this incident.   Upon learning that he was going to be

13   the father of a baby girl, he left high school prior to graduation to obtain a job to better support his

14
    new family. Despite challenging financial circumstances he earned his GED and enrolled in school
15
    to pursue a career in industrial design. Mr. De La Torre also enlisted into the United State Army,
16
17   but was medically discharged due to a severe back injury that occurred while on duty. He returned

18   home to a home life that was nomadic at best. His mother and father and family moved from house

19   to apartment almost monthly often on the fringes of being homeless. The economic downturn
20
    coupled with the fact that many of his family members had lengthy criminal records and could not
21
22   obtain gainful employment to support the family, led Mr. De La Torre to make several bad

23   decisions culminating in the instant case. He did not want his daughter nor his fiance' to live

24   through the struggles that he and his family endured for so long. Unfortunately, he made a series of
25
    very poor decisions for which he is extremely remorseful.
26
27

3

1

2      It should be emphasized in mitigation that this is aberrant behavior as evidenced by Mr. De

3
       La Torre's lack of criminal history, his military background, strong family ties, college attendance,
4

5      employment history has no criminal record and is extremely remorseful for his actions.  He

6      understands that the mistake he made will cause him to be out of his daughter's life for a significant

7      period of time and that, despite being imprisoned, his true punishment will come from not being

8
       able to father his daughter while incarcerated.  Additionally, he knows that he will not be able to
9

10     provide for his family, his fiancé nor his daughter while incarcerated.

11     He accepts full responsibility for his action and respectfully stands before the court for

12     sentencing.

13     /////
14     ////
       ///
15

16

17                                    II.

18                        APPROPRIATE SENTENCE

19     The suitable sentencing guideline calculation based on the current state of the law is basically

20     correct as stated in the November 16, 2009 Pre-sentence Investigation Report authored by U.S.

21     Probation Officer Rosa Linda Bradford.
22

23

24     Base Offense Level :              29

25     Criminal History Category:         I

26     Mandatory Consecutive 60 Month Sentence Pursuant to Count 5
27
       (Acceptance of Responsibility)      : -2


4

Case 8:09-cr-00041-DOC    Document 36    Filed 11/01/2009    Page 5 of 8

1

2

3    _____

4    Total Offense Level: 27

5

6                                                    III.

7    THE COURT SHALL IMPOSE A SENTENCE ON DANIEL DE LA TORRE SUFFICIENT BUT

8                                NOT GREATER THAN NECESSARY

9    The basic mandate and overriding principle of §3553 (a) requires a court to impose a sentence

10

11   "sufficient, but not greater than necessary," to comply with the four purposes of sentencing set forth

12   in §3553 (2). (18 U.S.C. §3553) In its consideration of the need for the sentence to exact retribution,

13   afford deterrence, protect the public and provide rehabilitation, the court should take into account

14   ·· the factors

15   set forth in the introduction above.

16

17          Daniel De La Torre needs rehabilitation. Although a reasonable amount of punishment in

18   the form of incarceration is warranted to comply with three of the purposes of sentencing under the

19   guidelines, rehabilitation is paramount in Mr. De La Torre's case.  Daniel's family will furnish to

20   the court at sentencing numerous letters which will demonstrate how the current offenses are

21   completely out of Mr. De La Torre's character.

22

23   ///

24                                                    V.

25   THE COURT MAY DEPART DOWNWARD FORM THE APLICABLE GUIDELINE RANGE IF

26              THE COURT FINDS THE EXISTENCE OF MITIGATING CIRCUMSTANCES

27

1

2
      Daniel De La Torre has never served a day in jail, neither in an adult facility nor in a

3

4
juvenile detention center prior to being arrested for this incident. The fact that he has already spent

5
a substantial amount of time in custody operates to militate against a sentence at the high end of the

6
applicable sentencing range under the guidelines. The court may consider this as a ground for a

7
downward departure. This combined with the factors discussed in the introduction and the attached

8
letters give the court the basis to consider a downward departure in Daniel

9

10
VI.

11
CONCLUSION

12
  In light of the foregoing, Mr. De La Torre asserts that a sentence at the lower end of the applicable

13
sentencing range as recommended by probation is appropriate and sufficient, but not greater than

14
necessary to fulfill the purposes of the United States Sentencing Guidelines.

15

16

17
Dated: October 30, 2009

18
Respectfully Submitted,

19

20

21
                               *Errol Cook*

22
                          _____

23
                          ERROL COOK, ESQ.
                          Attorney for Defendant

24
                          DANIEL DE LA TORRE

25

26

27

6

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ERROL L. COOK, Esq.
Cal. State Bar No. 209746
LAW OFFICES OF ERROL COOK
5757 W. Century Blvd., Suite 700
Los Angeles, CA 90045
Telephone: (562) 209-1114
Facsimile: (562) 684-4602
errolcooklaw@yahoo.com

Attorney for Defendant

DANIEL DE LA TORRE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>DANIEL DE LA TORRE ) | CASE NO. CR 09-00041-DOC<br><br>DEFENDANT'S SENTENCING MEMORANDUM Supplement<br><br>Date: November 16, 2009<br>Time: 1:30 p.m.<br>Place: Courtroom 9D<br>Judge: David O. Carter |

Exhibits 1-15, E-file to follow.

To Whom it may concern and Judge Carter

I Irene DeLa Torre, the mother of Daniel James De La Torre would like to start of by telling you a little bit about Daniel's childhood. Daniel enjoyed being around his family and relatives. Daniel enjoyed playing sports like baseball, basketball and skateboarding. He also loves music. He loved going to the beach, bike riding, and playing video games. Daniel always knew how to keep himself busy. Daniel was a very pleasant child. He never gave me any problems. Daniel was brought up in a Christian home and we also attended church on a regular basis. Growing up Daniel had just about everything a child could ask for. Daniel was a very kind child and continued to grow. When Daniel was about 15 years old, Daniel attended high school at Santa Ana Middle College. He was always advanced in school starting when he was in Kindergarten. I have always been proud of Daniel. When Daniel was 15 years old I was diagnosed with cancer in 2004. Considering all circumstances I felt that it would be better for us to move to Murrieta California. My family needed to be around more family and friends. We moved to Murrieta. I enrolled Daniel in a home schooling program offered by Julian Charter School. I was his teacher. I felt it would be better for him so he could stay focused on what he wanted to do with his life. In 2007 we moved to a larger home. My husband and I took in four other children, three girls and one boy. My own children also lived with us, Daniel, Armond, and Meagan. This is about the same time that Daniel's girlfriend became pregnant and moved in with us. So because of the number of people that we all had living together we looked for another home to live in. We found a six bedroom, five bathroom home. It was an option to buy home in Wildomar, California. Daniel thought that it would be best to join the army so that he could give Kathy and his unborn child a better life. Daniel left for the army leaving his family. Daniel returned home due to an injury that had occurred. He was released from the army with a medical discharge. He was discharged and very much concerned with his current situation. Daniels girlfriend Kathy gave birth to their daughter Summer Daniel De La Torre on December 24th 2007. Summer is Daniel's pride and joy. Daniel has always had a job. He would always get up early for work. He would go from job to job but he never gave up. About a year later we were serving notice from the bank to move out of the home. We had know where to go. We found ourselves homeless and began to live in our cars. We all went to apply for homeless assistance at the welfare office. This was so devastating, especially to Daniel. I never wanted nothing like this to happen to my family. We had never experienced anything like this. We all ended up living in a Motel 6. I felt so embarrassed that I had failed my family. Daniel was extremely supportive at this time. Even though, he himself was still a young man. He would comfort me by telling me Mama everything is going to be okay. This made me feel so horrible. I

2

am very proud of Daniel. He has a very good heart and soul. I pray that the heavenly father gives my son a second chance. I would like to thank you all for giving me a chance to talk about my son Daniel James De La Torre.

Sincerely,

Irene DeLa Torre

To Whom It May Concern:

I am Armond Guereque, one of Daniel De La Torres older brothers. I was very shocked and hurt to hear about the charges that Daniel is facing, still to this day it surprises me and makes me ill to my stomach. This is the last thing I ever thought someone as loving and caring as Daniel could ever do. Daniel has a huge loving and sensitive heart towards all. Every morning I wake up to the sound of laughter and happiness from my two nieces. Summer who is Daniels two year old daughter and Alliyah our sister Megans three year old daughter as they watch early morning cartoons. It takes me back to a time when that used to be Daniel and I. We would hurry up and finish our homework to sit in front of the television and play video games. Daniel always won. Daniel was always great at everything he did. School projects he always enjoyed and would bring home good grades. Growing up Daniel and I always had a great relationship with each other. Daniel has always had this great personality and always attracted many people towards him. When hanging out with friends we often reminisce and tell stories of all the great times we spent with Daniel. I understand Daniel committed a crime and he will take full responsibility for his actions, but what I am asking of you is please consider Daniels clean background prior to sentencing. Sometimes people make bad decisions and we all deserve a second chance. I thank you for taking your time and reading my letter.

Sincerely,

Armond Guereque

4

To whom it may concern.

My name is Meagan DeLaTorre, I am Daniels youngest as well as only sister. My relationship with Daniel was great. We are one year and seven months apart in age. As far as I can remember we did everything together. Playing sports together was fun attending school dances and even double dating. Daniel and I were very close, he was such a goofy guy always making people laugh and joking around. We went to school together even had the same teachers until the sixth grade. He was a very intelligent kid we attended a middle college together in high school. He was and still very much interested in music and was offered opportunities in the music industry. As time passed I had my daughter and I was a single mom for some time. Daniel has been a great influence as well as an uncle. Considering our parents health he was very helpful around the house he would sometimes take me to and from work and school or at home he would play and teach my daughter new things. He has always been known to make responsible choices. When Daniel knew he was having his own Baby he was thrilled, we both were. He made a great decision to join the military. In his eyes he didn't want to be a failure to his child he wanted to have a great career. When his daughter was born from that moment he seen her his life had already changed. Anyone and everyone will say that he is the best father a little girl can ask for. We kept our daughters close. We wanted to have our girls grow up together and make sure they had a great loving relationship as we did. We had a pretty good life growing up as kids even as adults. I love and respect him for being such a great brother. Daniel is missed every day all we do is talk about our good times we had with him or a joke he would say and mimic his funny poses. His humor and loving personality is missed. Please consider a minimum time for him for he is a bright young kid who has a lot of potential and I believe he has a lot to give to himself and as well as others. Thank you for taking the time to read my letter.

Sincerely,

Meagan Delatorre

To Whom It May Concern:

I Kathy Moran, girlfriend of Daniel James De La Torre, want to say a little bit about how Daniel was when I meet him. I met Daniel back in 2004 when he was only 15 years old.  We met one night when he was out with his bother and sister at a baseball game. Daniel was the type of person that always liked being around his siblings and parents. When I met Daniel he was going to Westminster High School. Towards the end of the year his parents decided to move to Murrieta, CA. He was not able to finish high school so he did home schooling in Murrieta. In March of 2007, we found out I was pregnant. He was the happiest person ever. We also attended Church, because he wanted us to begin living a Christian lifestyle.  Daniel was supportive and committed to his parental obligations towards me and our future daughter.  He even made sure to make it to all my doctor's appointments. At that point Daniel was so determined to do something for not only himself but for his soon to be family.  In 2007 he took all the courses and passed his GED exam.  A month later he decided to join the Army, believing that serving his country would not only benefit his newborn daughter and myself.  Unfortunately, while in service he injured himself and was forced to come home due to the injuries he sustained during his service to our country.  Daniel always worked hard to take care of his family.  Daniel believes that his family is his number one priority in life. Daniel's family decided to move back to Orange County back in 2008. Daniel joined the Art institute of CA, where he   wanted to do something that was going to benefit him in the future. Daniel was always doing something to better himself as a person. I knew Daniel for 5 years now and ever since the first day I meet him he has always been a good and loving person. Sometimes people make bad decisions when they are trying to look for a way out of their problems. I think everyone deserves a second chance in life. God and I know Daniel is a really good person.

To whom this may concern

    I Andrew Abitu felt that Daniel was always a great cousin. I pretty much grew up with him from the time he was an infant till now. I do not believe we ever fought or showed any anger towards each other. He always made me laughed or cheered me up when I was down. I always had great childhood memories like playing hide and seek, skateboarding, and playing baseball. Even when we got older, we always tried to have a good time like staying up late making funny rap songs to playing computer games until our eyes couldn't open.

    He is a very smart kid who always just wanted to have a good time. He always made sure you were enjoying yourself when you were around him. He is a very generous person for example whenever you stayed at his house he always made sure you had plenty to eat and drink. I also remember a time he gave up his bed so I didn't have to sleep on the floor. He is an all around great person. I would like to thank you for taking the time and consideration in reading my letter.

Sincerely,

7

To whom it may concern,

I Ricky & Tangi Abitu would like to tell you a little about Daniel James Delatorrie, he is our nephew and our God son. Daniel is a very sweet kind hearted, love able person. He loves his family very much. Daniel was a very active boy he loved playing sports, playing the violin he also loved skating boarding. Daniel just loved coming over and hanging out with our family. Daniel join the army and we were very proud of him because our son is also in the army and we would like to think that our son was able to influence him to join. He's never been in trouble before this is why were very surprised that he did get himself in this kind of predicament. Over the last year Daniel's family had some very hard times as other families have but as for Daniel this is very hard for him because he's never experience so many things happened to him at once. His family lost their home, they were homeless he had a 6 month old baby girl and he was unable to find a job at that time and his mother has been ill for some time. Your honor we ask you that you would grant the minimal time allowed so we would like to thank you for taking the time and consideration in reading our letter.

Sincerely,

To whom this my concern,

My name I Marissa Abitu and I'm 16 years old and Daniel James Delatorre is my loving cousin. I could remember nothing but good memories of Daniel. Daniel always loved coming to my home and hanging out with my three older brothers and I. I always loved watching Daniel and my brothers play video games and playing silly games on each other. I could always remember Daniel being a caring and loving person. I would also like to share with you that Daniel is a great daddy. He was always a happy around his baby girl he gave her all of his love. I would like to thank you for giving me the opportunity of speaking on behalf of Daniel James Delatorre

Sincerely,

Marissa Abitu

September 18, 2009

To Whom This May Concern,

My name is Monica De La Torre; I am the aunt of Daniel De La Torre. Based upon a long standing relationship with my nephew which has remained positive over many, many years, I am committed to him and his rehabilitation. I feel very confident that Daniel can and will be an asset to his community our family and his. I will embrace him and welcome him in my home with open arms as well as help and support him with anything necessary to assist him with his focus on a positive future.

Your honor I urge you to please consider Daniel past history. He has been a very reliable young man, committed to helping his family and others.

Monica De La Torre
(714) 213-0920

10

24431 Juniper Springs Rd.

Homeland, Ca. 92548

Phone: 951-926-0356

September 16,2009

To whom it may concern:

     We, Mr. and Mrs. Ledesma, close and dear friends of Danny De La Torre, met him and his family at our church in Murrieta, California about six years ago. We knew this was a genuine family and fell in love with them from the start. We know Danny to be a strong willed young man, hard working, and very determined in his achievements. Danny enlisted in the Army, but was later discharged for medical reasons. We know that Danny has a lot of potential, a great future, the will to pursue it and the will to fulfill it. We ask your Honor that you would consider Danny's good past record and the potential that is within him to turn this situation around for the better. In conclusion, your Honor, we ask that you would grant him the minimal time allowed.

Sincerely,

*Ada Ledesma*

*Marco Ledesma*

To whom this may concern,

I am Anthony Abitu and the cousin of Daniel James Delatorre. First of all I would like to let you know what kind of relationship Daniel and I shared together. We were very close we liked to hang out we played Basketball, Baseball and go to gaming centers and play all night. I was very surprised and up set to hear what had happened to him. He's never been in any kind of trouble I never seen him as a angry person nor as a threat to anyone. I would like to ask of you your Honor to just please give Daniel a second chance he's still young and he has a daughter and its sad to think that she's going to grow up without her dad. But I know that he will take responsibility for what he's done because that's the kind of person Daniel is.

Sincerely,

Anthony Abitu

12

Honorable Judge David O. Carter

Thank you for taking the time to review this letter and preside over my case. I understand that you are extremely busy and have many other cases to hear so I will be brief and to the point.

To give you a little relevant background I am 21 years of age with a fiancée, Kathy, and a daughter, Summer, 2 years of age. I am one of four children with my father, 43 years of age who is disabled, and my mother, 43 years of age and is currently fighting cancer. I am the first one in my family to receive my G.E.D and the first to continue onto college. I am studying to be an architect, which has been my life long dream.

I find myself in an awkward position as I was brought up by parents who instilled in me the principals of being honest and working hard. With both my parents unable to work and a fiancée and child unable to provide for I collapsed under the pressure and made the biggest mistake of my life. The weight of my decision and actions has now come full circle as I face you here today. I knew then as I know now that my actions were wrong. Then it seemed as if it was my only option but today I understand how wrong I was. I understand that my actions also have consequences beyond myself as I have now put everyone in my family in jeopardy financially and otherwise.

The last 10 months in custody have allowed me to again, with a clear head, analyze what I want to do with my life. I know that and the most important role for me in life is to be a father and one day a husband and just as importantly to be there for my parents. During my incarceration, I have participated or completed classes in Parenting, Effective Communication, Substance Abuse, and Anger Management. In Addition, I intend on finishing my college work through correspondence so that I am ready to reenter society with my feet planted firmly. I understand I must pay a price with my time, and I want you to know that while doing so I intend on continuing my education and continually working on myself.

In closing your honor, I want to apologize to the court, the government, and the community for the reasons im here today. I would like to ask the court for the most leniency it could muster not only on my behalf but also on the behalf of my entire family. I promise you, I will never appear in your courtroom or on the U.S attorney files ever again. If I ever were back in your courtroom again it will be to show you my success at life. Now that the worse is past, I look forward to finishing my sentence and getting back to again being there for my family.

Thank You For Your Time

Daniel James De La Torre



SANTA ANA COLLEGE
## SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Participation

This is to certify that

## DANIEL DeLa Torre

has participated in a course of instruction in

## PARENTING (30)hrs.

FRANCES KINNEY

Instructor

April 29 , 2009

Date

Dean of Instruction and Student Services
School of Continuing Education

14



SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Participation

This is to certify that

## DANIEL DeLaTorre

has participated in a course of instruction in

EFFECTIVE COMMUNICATION 36hrs.

FRANCES KINNEY
Instructor

October 28, 2009
Date

Dean of Instruction and Student Services
School of Continuing Education

15.